# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN and LOUIS NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>    vs.<br><br>SUNSOLAR SOLUTIONS INC., SUNSOLAR SOLUTIONS NEVADA, LLC and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____ | Case No. 2:20-cv-01480-WBS-DMC<br><br>ORDER |

    IT IS HEREBY ORDERED that the Ex-Parte Application to Continue the Status (Pretrial Scheduling) from November 23, 2020 to February 16, 2021, is hereby granted.  The Status (Pretrial Scheduling) Conference will now be held on February 16, 2021, at 1:30 p.m. At least twenty-one (21) calendar days before the scheduling conference is held, the parties shall confer and attempt to agree upon a

Order - 1

discovery plan, as required by Federal Rule of Civil Procedure 26(f). Pursuant to Local Rule 240, the parties shall submit to the court a JOINT Status Report fourteen (14) calendar days prior to the hearing date, which shall contain the information set forth in this Court's prior order (Document #3).

Dated:  October 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE